| | | |
|---|---|---|
| People v Meza | 4th Dept: 141 AD3d 1110 (Cayuga) | denied 8/30/16 (Stein, J.) |
| People v Miles | 3d Dept: 138 AD3d 1350 (Broome) | denied 8/1/16 (Fahey, J.) |
| People v Mirabella | 4th Dept: 138 AD3d 1513 (Monroe) | dismissed 8/12/16 (Pigott, J.) |
| People v Montgomery | 4th Dept: 140 AD3d 1662 (Monroe) | denied 8/23/16 (Rivera, J.) |
| People v Moore (Richard) | 4th Dept: 140 AD3d 1684 (Niagara) | denied 8/29/16 (Pigott, J.) |
| People v Moore (Zachary) | County Ct, 5/18/16 (Monroe) | denied 8/1/16 (Fahey, J.) |
| People v Moors | 3d Dept: 140 AD3d 1207 (Ulster) | denied 8/11/16 (Pigott, J.) |
| People v Mora | 1st Dept: 138 AD3d 641 (Bronx) | denied 8/25/16 (DiFiore, Ch. J.) |
| People v Morales | App Term, 1st Dept: 51 Misc 3d 148(A) (NY) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Morehouse | 3d Dept: 140 AD3d 1202 (Warren) | denied 8/8/16 (Fahey, J.) |
| People v Moreno | 1st Dept: 139 AD3d 401 (NY) | denied 8/12/16 (Pigott, J.) |
| People v Moss | 2d Dept: 138 AD3d 761 (Nassau) | denied 8/1/16 (Rivera, J.) |
| People v Mrkulic | App Term, 1st Dept: 52 Misc 3d 130(A) (Bronx) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Muridi M. | 4th Dept: 140 AD3d 1643 (Erie) | denied 8/25/16 (Stein, J.) (Appeal No. 2) |
| People v Nanand | 2d Dept: 137 AD3d 945 (Queens) | denied 8/17/16 (Pigott, J.) |
| People v Nevaro | 1st Dept: 139 AD3d 525 (NY) | denied 8/30/16 (Fahey, J.) |
| People v New | 3d Dept: 140 AD3d 1297 (Schenectady) | denied 8/24/16 (Abdus-Salaam, J.) |
| People v Newland | 1st Dept: 138 AD3d 611 (NY) | denied 8/12/16 (Pigott, J.) |
| People v Niddy | 3d Dept: 139 AD3d 1261 (Schenectady) | denied 8/15/16 (Fahey, J.) |
| People v Nino | 3d Dept: 139 AD3d 1094 (Albany) | denied[1] 8/10/16 (Abdus-Salaam, J.) |
| People v Nunez | 2d Dept: 139 AD3d 983 (Queens) | denied 8/24/16 (Abdus-Salaam, J.) |

---

1. Denied, with leave to renew within 30 days after the Court of Appeals renders a decision in *People v Whitehead* (130 AD3d 1142 [2015], *lv granted* 26 NY3d 1043 [2015]).